IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LYLE GRIMMER**  **PLAINTIFF**

v.  Case No. 3:25-cv-00051-JTK

**COMMISSIONER SOCIAL SECURITY**  **DEFENDANT**

### ORDER

Before the Court is the Plaintiff's Motion for Attorney Fees and Expenses pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 13) Plaintiff requests a total of $3,198.60. (Doc. No. 13) Defendant does not object but clarifies Plaintiff improperly classified filing fees as expenses. (Doc. No. 17) After careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 13) is GRANTED. Plaintiff is awarded $2,793.60 in fees and $405.00 in costs.

SO ORDERED THIS 13th day of January, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE